UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **CONTI 11. CONTAINER SCHIFFARTS-GMBH & CO. KG MS "MSC FLAMINIA"** | **CIVIL ACTION NO.  22-1114** |
| **VERSUS** | **JUDGE BARBIER** |
| **MSC MEDITERRANEAN SHIPPING COMPANY S.A.** | **MAGISTRATE JUDGE DOUGLAS** |

## MOTION FOR ENTRY OF FINAL JUDGMENT

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff Conti 11. Container Schiffarts-Gmbh & Co. KG MS "MSC FLAMINIA" ("Conti") and respectfully moves the Court to enter the attached proposed judgment in this case.  In its Order and Reasons granting Conti's Motion for Judgment on the Pleadings (Rec. Doc. 28), the Court ordered the parties to submit the form of an agreed judgment.  The Parties have jointly agreed to the form of the attached proposed judgment.  Accordingly, Conti moves the Court enter the attached proposed judgment.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:   */s/ Arthur R. Kraatz*
Gary A. Hemphill LA Bar #6768
Jeremy T. Grabill (Bar #34924)
Arthur R. Kraatz (Bar #35194)
Canal Place | 365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Telephone: 504 566 1311
Facsimile: 504 568 9130
Email: gary.hemphill@phelps.com
Email: jeremy.grabill@phelps.com
Email: arthur.kraatz@phelps.com

1

**ATTORNEYS FOR PLAINTIFF CONTI 11. CONTAINER SCHIFFARTS-GMBH & CO. KG MS "MSC FLAMINIA"**