UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| CONTAINER SCHIFFARTS-GMBH & CO. KG M.S. | * * * | CIVIL ACTION NO. 2:22-CV-01114 |
| V. | * * | JUDGE CARL BARBIER |
| MSC MEDITERRANEAN SHIPPING COMPANY S.A. | * * | MAGISTRATE JUDGE DANA DOUGLAS |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **NOTICE OF APPEAL**

**NOW INTO COURT**, through undersigned counsel, comes defendant, MSC Mediterranean Shipping Company S.A. ("MSC"), and hereby gives notice that, pursuant to 28 U.S.C. § 1291, it appeals to the United States Court of Appeals for the Fifth Circuit from this Court's final Judgment entered on December 15, 2022 (R. Doc. 32) on its Order and Reasons entered in the captioned case on November 23, 2022 (R. Doc. 28), and all interlocutory orders entered prior thereto, including but not limited to its Order and Reasons entered on September 7, 2022 (R. Doc. 16) denying MSC's Motion to Dismiss.

Respectfully submitted,

MURPHY, ROGERS, SLOSS,
  GAMBEL & TOMPKINS

*/s/ Peter B. Sloss*
Peter B. Sloss (#17142)
psloss@mrsnola.com
Robert H. Murphy (#9850)
rmurphy@mrsnola.com
Donald R. Wing (29486)
dwing@mrsnola.com
Samuel L. Sands (#40038)
ssands@mrsnola.com
701 Poydras Street
Suite 400, Hancock Whitney Center
New Orleans, LA 70139
Telephone: (504) 523-0400
Facsimile: (504) 523-5574
*Attorneys for Defendant, MSC*
*Mediterranean Shipping Company S.A.*

4872-3860-4358, v. 1
4872-3860-4358, v. 1

2